U.S. Bankruptcy Court – District of Utah

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JAN 26 PM 2:00

DISTRICT OF UTAH

In re:
                    Bankruptcy Case
No. 09-31244
LARRY CROSBY BRINGHURST AND KATHLEEN
ANN SULLIVAN BRINGHURST

Debtor

                    Adversary
Proceeding No. 10-02086
UNIVERSITY OF UTAH CREDIT UNION

Plaintiff
v.
LARRY CROSBY BRINGHURST
KATHLEEN ANN SULLIVAN BRINGHURST

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court<br>District of Utah<br>Frank E. Moss Courthouse<br>350 South Main Street #301, Salt Lake City |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Dean A. Stuart<br>1805 South Redwood Road<br>PO Box 25786<br>Salt Lake City, UT 84125-0786 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

David A. Sime  Clerk Of Court

**CERTIFICATE OF SERVICE**

I, __Lynn P. Itchon_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made _1/25/2010_____ [Date] by:

[x]  Mail Service – Regular, first class United States mail, postage fully pre-paid, addressed to:

Paul James Toscano                    Larry & Kathleen Bringhurst
10 Exchange Place #614                1402 W. Ammon Way
Salt Lake City, UT 84111              South Jordan, UT 84095

[ ]  Personal Service – By leaving the documents with the following defendant(s) or an officer or agent of the defendant(s) at:

[ ]  Residence Service – By leaving the documents with the following adult at:

[ ]  Certified Mail Service on an Insured Depository Institution: BY sending the process by certified mail addressed to the following officer of the defendant at:

[ ]  Publication – The defendant was served as follows: [describe briefly]

[ ]  State Law – The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_1/25/2010_____
[Date]                              [Signature]

| Print Name | Lynn P. Itchon |
|---|---|
| Business Address | 1805 S. Redwood Rd. |
| City Salt Lake City    State  UT    ZIP 84104 | |